IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Joshua Ray Patrick, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Gerald Black; Tilie Kilgore; Chad McBride; ) <br> Gary M. Bryant; Arlette Jones, ) <br> ) <br> Defendants. ) <br> _____ ) | C/A No. 0:17-941-TMC <br><br><br> **ORDER** |

Plaintiff, Joshua Ray Patrick, a *pro se* state pretrial detainee at the Anderson County Detention Center, filed this civil rights action pursuant to 42 U.S.C. § 1983 with two other named plaintiffs. By order dated April 12, 2017, the court directed that this action shall pertain only to Plaintiff Donald Robert Surdak and terminated the other Plaintiffs. (ECF No. 1.) The court also issued an order providing Plaintiff the opportunity to bring the case into proper form for initial review and issuance and service of process. (ECF No. 4.) However, Plaintiff did not receive the orders, as they were returned to the court as undeliverable mail, and one of the mailings included a note indicating Plaintiff was no longer detained at the facility. (ECF Nos. 6 & 9.)

Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Accordingly, the case is **dismissed,** ***without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

                                                        s/Timothy M. Cain
                                                        United States District Judge

May 18, 2017
Columbia , South Carolina

# NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.